# IN THE UNITED STATES DISTREICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIFFANY M. WALRATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1515-MN |
| | ) |
| THE NEMOURS FOUNDATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Tiffany M. Walrath and Defendant The Nemours Foundation, subject to approval of the Court, that all claims asserted in this action are dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| SCHMITTINGER & RODRIGUEZ, P.A. | POTTER ANDERSON & CORROON LLP |
| | |
| By: */s/ Gary E. Junge* | By: */s/ Lauren E.M. Russell* |
| Gary E. Junge (#6169) | Jennifer Gimler Brady (#2874) |
| 414 South State Street | Lauren E.M. Russell (#5366) |
| P.O. Box 497 | Carla M. Jones (#6046) |
| Dover, DE 19903-0497 | Hercules Plaza, 6th Floor |
| (302) 674-0140 – Telephone | 1313 North Market Street |
| gjunge@schmittrod.com | Wilmington, DE 19801 |
| | (302) 984-6000 – Telephone |
| *Attorneys for Plaintiff Tiffany M. Walrath* | jbrady@potteranderson.com |
| | lrussell@potteranderson.com |
| | cjones@potteranderson.com |
| | |
| Dated: August 30, 2024 | *Attorneys for Defendant The Nemours Foundation* |